UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY DUANE WILLIAMS, et al.,

    Plaintiffs,

v.

SCOTT WRIGGELSWORTH, et al.,

    Defendants.

_____/

Case No. 1:17-cv-1104

HON. JANET T. NEFF

**ORDER**

This is a civil rights action brought by multiple inmates. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 19, 2018, recommending that Plaintiff Terry Young be dismissed from this action with prejudice for his failure to prosecute (ECF No. 22); and a Report and Recommendation on April 19, 2018, recommending that Plaintiff Norman Kuhn be dismissed from this action with prejudice for his failure to prosecute (ECF No. 23). The Report and Recommendation was duly served on the parties.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Reports and Recommendations (ECF Nos. 22, 23) are APPROVED and ADOPTED as the Opinion of the Court. Plaintiffs Terry Young and Norman Kuhn are DISMISSED from this action with prejudice for failure to prosecute.

Dated: May 15, 2018

       /s/ Janet T. Neff
       JANET T. NEFF
       United States District Judge

---

[1] Service of the Reports and Recommendations on Plaintiffs Norman Kuhn and Terry Young were returned, marked "return to sender," "not deliverable as addressed" and "unable to forward" (ECF Nos. 24, 25). Plaintiffs Kuhn and Young have failed to keep the Court apprised of their current address.